**Jason K. Singleton** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski,** State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX:   441-1533**

**Attorneys for Plaintiff, RONALD S. WILSON**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD S. WILSON,** | **Case No. 2:09-CV-00057-MCE-GGH** |
| **Plaintiff,** | **STIPULATION OF DISMISSAL WITH** |
| **v.** | **PREJUDICE AND ORDER** |
| **INTERNATIONAL HOUSE OF PANCAKES, INC., a Delaware corporation, dba IHOP, IHOP REAL ESTATE LLC, a Delaware Limited Liability Company, and DOES ONE through FIFTY, inclusive,** | |
| **Defendants.** | |

Plaintiff and Defendants (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.      The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

///

///

STIPULATION AND ORDER OF DISMISSAL                    1                    2:09-CV-00057-MCE-GGH

PDF created with pdfFactory trial version www.pdffactory.com

2.    Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated:    July 20, 2009              /s/ Jason K. Singleton
                                     Jason K. Singleton, Attorney for
                                     Plaintiff, **RONALD S. WILSON**

**BASHAM PARKER LLP**

Dated:    July 20, 2009              /s/ Alden J. Parker
                                     Alden J. Parker, Attorneys for Defendants
                                     **INTERNATIONAL HOUSE OF PANCAKES, INC.**
                                     **and IHOP REAL ESTATE LLC**

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1.    The action Ronald S. Wilson v. International House of Pancakes, Inc., et al., Case Number 2:09-CV-00057-MCE-GGH, is dismissed with prejudice with each party to bear their own attorneys fees and costs.

IT IS SO ORDERED.

DATED: July 24, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com